```
                                   FILED
                            CLERK, U.S. DISTRICT COURT

                                 DEC 31 2013

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                  DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANNIE MAE, etc., ) | CASE NO. CV 13-9192 UA (DUTYx) |
| Plaintiff, ) | |
| vs. ) | ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |
| JESSIE M. SMITH, et al., ) | |
| Defendants. ) | |

The Court will remand this unlawful detainer action to state court summarily, because it was removed improperly.

On December 13, 2013, Althea Smith, who asserts that she is a defendant in what appears to be a routine unlawful detainer action in California state court,[1] lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the application under separate cover, because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

---

[1] Ms. Smith is not named as a defendant in the complaint she seeks to remove.

There is no basis for concluding that this unlawful detainer action could have been brought in federal court in the first place, in that Ms. Smith does not competently allege facts supplying either diversity or federal question jurisdiction, and therefore, removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Ms. Smith indicates that all three defendants are California residents, and thus, removal based on diversity jurisdiction is not permitted. *See* 28 U.S.C. §§ 1332, 1441(b)(2). Nor does plaintiff's unlawful detainer complaint raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, 1725 Main Street, Santa Monica, CA 90401, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 12/29/13

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE